UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-12979-GAO

SAM CHANDLER,
Plaintiff,

v.

GREATER BOSTON LEGAL SERVICES, et al.
Defendants.

ORDER

O'TOOLE, D.J.

On November 4, 2013, Sam Chandler filed various documents that the Court broadly construed as a complaint. In a memorandum and order dated December 10, 2013 (#5), the Court granted the plaintiff's motion for leave to proceed in forma pauperis and directed the plaintiff to file and amended complaint and show cause why the action should not be dismissed.

The plaintiff responded by filing various documents (#7, #8) which fall far from meeting the pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure. Further, subject matter jurisdiction does not appear to exist. For the same reasons set forth in its earlier order, the Court cannot discern in these papers a cause of action under federal law and the parties do not appear to be of diverse citizenship.

Accordingly, this action is DISMISSED.

SO ORDERED.

  2/4/14                                                  /s/ George A. O'Toole, Jr.
DATE                                                   GEORGE A. O'TOOLE, JR.
                                                       UNITED STATES DISTRICT JUDGE